## INCARCERATED WITNESS FORM

James Winding

VS.

T. Evan(s) et. al

PLAINTIFF

CAUSE NO. 3:13 cv 385 TSL-JMR

DEFENDANT

Name of Witness: _MR. NIGEL McClain_

Witness' Prison (MDOC) Number _L-7483_

Witness' Address _10641 Hwy. 80 West Meridian, MS. 39307_

I hereby assert that I have relevant information regarding the above styled case. I further assert that I am aware that as a witness, I would be entitled to an attendance fee to be paid to me by the party(ies) calling me, but I hereby waive such fee and agree to testify as a witness voluntarily, upon subpoena at the time of trial.

DATED this the _3rd_ day of _August_, _2013_.

_____
Signature of Witness

**NOTE: A FALSE OR DISHONEST ASSERTION HEREIN MAY BE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.**